# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145221

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JACK GHANNAM,
        Plaintiff,

v

                                    SC: 145221
                                    AGC: 0639-12; 0640-12

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012                            _____
                                               Clerk

p0917